UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:                                                      CASE NO.: 5:17-bk-02598-JJT
                                                                   CHAPTER 13

Carol E. Furmanchin,

    Debtor.
_____/

## REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of BANK OF AMERICA, N.A ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ & SCHNEID, P.L.**
**BANKRUPTCY DEPARTMENT**
**6409 CONGRESS AVE., SUITE 100**
**BOCA RATON, FL 33487**

                                         Robertson, Anschutz & Schneid, P.L.
                                         Authorized Agent for Secured Creditor
                                         6409 Congress Ave., Suite 100
                                         Boca Raton, FL 33487
                                         Telephone: 561-241-6901
                                         Facsimile: 561-997-6909
                                         By: /s/Ashley Albino
                                         Ashley Albino, Esquire
                                         Email: aalbino@rasflaw.com

17-104708 - TeU
Furmanchin, Carol
Request for Service

Page 1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 23, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Paul W McElrath, Jr.
McElrath Legal Holdings, LLC
1641 Saw Mill Run Boulevard
Pittsburgh, PA 15210

Carol E. Furmanchin
58 Spring Street
Weatherly, PA 18255

Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Asst. U.S. Trustee
United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909
By: /s/Ashley Albino
Ashley Albino, Esquire
Email: aalbino@rasflaw.com

17-104708 - TeU
Furmanchin, Carol
Request for Service
Page 2

Case 5:17-bk-02598-JJT    Doc 28    Filed 10/25/17    Entered 10/25/17 09:26:22    Desc
Main Document    Page 2 of 2