```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                           Case No. 17-02598-JJT
Carol E. Furmanchin                                              Chapter 13
        Debtor           CERTIFICATE OF NOTICE
District/off: 0314-5          User: DDunbar              Page 1 of 2           Date Rcvd: Nov 02, 2017
                              Form ID: ntcnfhrg          Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 04, 2017.
db             +Carol E. Furmanchin,    58 Spring Street,     Weatherly, PA 18255-1229
4937256        +Ar Resources Inc,   1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
4937257       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
4984291        +Bank Of America N.A.,    Robertson, Anschutz & Schneid, P.L.,     6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
4937260        +Champion Mortgage,    PO Box 619093,    Dallas, TX 75261-9093
4937259         Champion Mortgage,    PO Box 91322,    Seattle, WA 98111-9422
4937261        +Chase Auto,   Po Box 901003,    Ft Worth, TX 76101-2003
4937262        +Comenity Capital/Blair,    Po Box 182120,    Columbus, OH 43218-2120
4937264        +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
4937265        +KML,   701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
4939961        +Nationstar Mortgage LLC,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
4937267        +Nationstar Mortgage LLC,    PO Box 619094,    Dallas, TX 75261-9094
4937268         Northwest Consumer Dis,    Rte 93,   Hazleton, PA 18201
4937269        +The Bureaus Inc,    1717 Central St,   Evanston, IL 60201-1507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4937258        +E-mail/Text: bankruptcy@cavps.com Nov 02 2017 18:53:40      Cavalry Portfolio Serv,
                 Po Box 27288,   Tempe, AZ 85285-7288
4974990        +E-mail/Text: bankruptcy@cavps.com Nov 02 2017 18:53:40      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
4938995         E-mail/Text: mrdiscen@discover.com Nov 02 2017 18:53:12      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
4937263        +E-mail/Text: mrdiscen@discover.com Nov 02 2017 18:53:12      Discover Fin Svcs Llc,
                 Po Box 15316,   Wilmington, DE 19850-5316
4937803        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 02 2017 19:01:26
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4963070         E-mail/Text: bnc-quantum@quantum3group.com Nov 02 2017 18:53:23
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA 98083-0788
                                                                                                TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Nationstar Mortgage LLC,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4947647*       +Ar Resources Inc,   1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
4947648*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
4947649*       +Cavalry Portfolio Serv,    Po Box 27288,   Tempe, AZ 85285-7288
4947651*       +Champion Mortgage,    PO Box 619093,    Dallas, TX 75261-9093
4947650*        Champion Mortgage,    PO Box 91322,    Seattle, WA 98111-9422
4947652*       +Chase Auto,   Po Box 901003,    Ft Worth, TX 76101-2003
4947653*       +Comenity Capital/Blair,    Po Box 182120,    Columbus, OH 43218-2120
4947654*       +Discover Fin Svcs Llc,    Po Box 15316,    Wilmington, DE 19850-5316
4947655*       +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
4947656*       +KML,   701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
4947658*       +Nationstar Mortgage LLC,    PO Box 619094,    Dallas, TX 75261-9094
4947657*       +Nationstar Mortgage Lenders,    350 Highland Dr,    Lewisville, TX 75067-4177
4947659*        Northwest Consumer Dis,    Rte 93,   Hazleton, PA 18201
4947660*       +The Bureaus Inc,    1717 Central St,   Evanston, IL 60201-1507
4937266       ##+Nationstar Mortgage Lenders,    350 Highland Dr,    Lewisville, TX 75067-4177
                                                                         TOTALS: 0, * 16, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2017                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2017 at the address(es) listed below:
```
          Ashley   Albino    on behalf of Creditor   BANK OF AMERICA, N.A. bkyecf@rasflaw.com,
           aalbino@rasflaw.com;ras@ecf.courtdrive.com
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          James   Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          Paul W McElrath, Jr.    on behalf of Debtor 1 Carol E. Furmanchin ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| Carol E. Furmanchin | Chapter | 13 |
| Debtor(s) | Case No. | 5:17−bk−02598−JJT |

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **December 1, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: December 5, 2017<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DDunbar, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 2, 2017 |