UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:  CASE NO.: 5:17-bk-02598-RNO
CHAPTER 13

Carol E. Furmanchin,

  Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of BANK OF AMERICA, N.A ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ & SCHNEID, P.L.**
**6409 CONGRESS AVE., SUITE 100,**
**BOCA RATON, FL 33487**

    Robertson, Anschutz & Schneid, P.L.
    Attorney for Secured Creditor
    6409 Congress Ave., Suite 100,
    Boca Raton, FL 33487
    Telephone: 470-321-7112

    By: /s/Sindi Mncina
        Sindi Mncina
        Email: smncina@rascrane.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 9, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Carol E. Furmanchin
58 Spring Street
Weatherly, PA 18255

And via electronic mail to:

Paul W McElrath, Jr.
McElrath Legal Holdings, LLC
1641 Saw Mill Run Boulevard
Pittsburgh, PA 15210

Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Asst. U.S. Trustee
United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

Robertson, Anschutz & Schneid, P.L.
Attorney for Secured Creditor
6409 Congress Ave., Suite 100,
Boca Raton, FL 33487
Telephone: 470-321-7112

By: /s/Sindi Mncina
Sindi Mncina
Email: smncina@rascrane.com