**UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 13<br>CASE NO.: 5:17-bk-02598-RNO |
| Carol E. Furmanchin | |
|     Debtor, | |
| _____/ | |
| | Hearing Date: February 3, 2021<br>Time: 9:30am<br>Location: Telephonic Hearing |
| **Bank of America, N.A,** | |
|     Movant, | |
| v. | |
| Carol E. Furmanchin,<br>Charles J DeHart, III | |
|     Respondents. | |
| _____/ | |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

Bank of America, N.A has filed a Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. §362(d)(1) with respect to the Property located at 58 Spring St, Weatherly, Pennsylvania 18255 and for such other and further relief as to the Court may deem just and proper.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then <u>on or before January 15, 2021</u>, you or your attorney must do <u>all</u> of the following:

   (a) file a response in person or via mail with the Clerk explaining your position at United States Bankruptcy Court, **Max Rosenn U.S. Courthouse, 197 South Main Street, Room 274, Wilkes-Barre, PA 18701**.

   If you mail your response to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   (b) mail a copy to the movant's attorney:

Charles G. Wohlrab, Esquire
Robertson, Anschutz, Schneid & Crane LLC
10700 Abbott's Bridge Rd., Suite 170
Duluth, GA 30097

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Robert N. Opel II on February 3, 2021, at 9:30am Via Telephonic Hearing.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office to find out whether the hearing has been cancelled because no one filed a response.

Date: December 30, 2020

**Robertson, Anschutz, Schneid & Crane LLC**
Attorney for Secured Creditor
10700 Abbott's Bridge Rd., Suite 170
Duluth, GA 30097
Telephone: (470) 321-7112
By: /s/ Charles G. Wohlrab
Charles G. Wohlrab, Esquire
PA Bar Number 314532
Email: cwohlrab@rascrane.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:                                                             CHAPTER 13
                                                                               CASE NO.: 5:17-bk-02598-RNO

**Carol E. Furmanchin**

     **Debtor,**

_____/

**Bank of America, N.A,**

     **Movant,**

v.

**Carol E. Furmanchin,
Charles J DeHart, III**

     **Respondents.**

_____/

**CERTIFICATE OF SERVICE**

     I, _____Charles G. Wohlrab, Esq._____, certify under penalty of perjury that I am not less than eighteen (18) years of age; that I electronically filed with the Clerk of the Bankruptcy Court a Notice of Motion and Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. §362 (d)(1) (with attached Amended proposed Order) on December 30, 2020 and served same as indicated below.

**Mail Service:** Regular, first-class United States mail, postage full pre-paid, addressed to:

Carol E. Furmanchin
1500 Evergreen Ave Apt 101
Weatherly, PA 18255

**E-Mail Service:** via CM/ECF e-mail notification to the following:

Paul W McElrath, Jr.
McElrath Legal Holdings, LLC
1641 Saw Mill Run Boulevard
Pittsburgh, PA 15210

Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

Date: December 30, 2020

**Robertson, Anschutz, Schneid & Crane LLC**
Attorney for Secured Creditor
10700 Abbott's Bridge Rd., Suite 170
Duluth, GA 30097
Telephone: (470) 321-7112
By: /s/ Charles G. Wohlrab
Charles G. Wohlrab, Esquire
PA Bar Number 314532
Email: cwohlrab@rascrane.com