# LOCAL BANKRUPTCY FORM 9013-3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
Carol E. Furmanchin

**Debtor(s)**

Bank of America, N.A.

**Plaintiff(s)/Movant(s)**
vs.
Carol E. Furmanchin,
Charles J DeHart, III (Trustee)

**Defendant(s)/Respondent(s)**

CHAPTER 13

CASE NO. 5-17-bk-02598-RNO

ADVERSARY NO. __-__-ap-_____
(if applicable)

Nature of Proceeding: Motion for Relief

Document #: 62

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.
Movant self-scheduled an incorrect hearing date.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 01/08/2021

/s/ Charles G. Wohlrab

Attorney for Bank of America, N.A.
Name: Charles G. Wohlrab
Phone Number: (470) 321-7112 x257

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.