# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     CAROL E. FURMANCHIN            CHAPTER 13

       Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
     Movant                                   CASE NO:   5-17-02598-MJC

CAROL E. FURMANCHIN

      Respondent(s)

## CERTIFICATION OF DEFAULT

      AND NOW on October 6, 2021, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

      As of October 6, 2021, the Debtor(s) is/are $1315.30 in arrears with a plan payment having last been made on Sep 27, 2021

      In accordance with said stipulation, the case may be dismissed

                                                     Respectfully Submitted,
                                                     /s/ Bobbie Weigel
                                                     for Jack N. Zaharopoulos, Trustee
                                                     8125 Adams Drive, Suite A
                                                     Hummelstown, PA 17036
                                                     Phone: (717) 566-6097

Dated: October 6, 2021

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CAROL E. FURMANCHIN

    Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-17-02598-MJC

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 6, 2021, I served a copy of this Certification of Default on the following parties by 1st Class Mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| PAUL W McELRATH, JR, ESQUIRE<br>McELRATH LEGAL HOLDINGS, LLC<br>1641 SAW MILL RUN BLVD<br>PITTSBURGH, PA 15210- | SERVED ELECTRONICALLY |
| CAROL E. FURMANCHIN<br>1500 EVERGREEN AVE.<br>APT. 101<br>WEATHERLY, PA 18255 | SERVED BY 1ST CLASS MAIL |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | SERVED ELECTRONICALLY |

I certify under penalty of perjury that the foregoing is true and correct.

Dated: October 6, 2021

Respectfully submitted,
Bobbie Weigel
for Jack N. Zaharopoulos, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: info@pamd13trustee.com