United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                           Case No. 17-02598-MJC
Carol E. Furmanchin                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                              User: AutoDocke                                  Page 1 of 3
Date Rcvd: Oct 12, 2021                    Form ID: pdf010                              Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++                Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carol E. Furmanchin, 1500 Evergreen Ave Apt 101, Weatherly, PA 18255-1562 |
| 4937256 | + | Ar Resources Inc, 1777 Sentry Pkwy W, Blue Bell, PA 19422-2206 |
| 4937257 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bk Of Amer, Po Box 982235, El Paso, TX 79998 |
| 4984291 | + | Bank Of America N.A., Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 4990810 | + | Bank of America N.A., Reverse Mortgage Solutions, Inc., 14405 Walters Rd., Suite 200, Houston, TX 77014-1345 |
| 4937260 | + | Champion Mortgage, PO Box 619093, Dallas, TX 75261-9093 |
| 4937259 | | Champion Mortgage, PO Box 91322, Seattle, WA 98111-9422 |
| 4937264 | + | Financial Recoveries, 200 E Park Dr Ste 100, Mount Laurel, NJ 08054-1297 |
| 4937265 | + | KML, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 4939961 | + | Nationstar Mortgage LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 4937267 | + | Nationstar Mortgage LLC, PO Box 619094, Dallas, TX 75261-9094 |
| 4937266 | + | Nationstar Mortgage Lenders, 350 Highland Dr, Lewisville, TX 75067-4488 |
| 4937268 | | Northwest Consumer Dis, Rte 93, Hazleton, PA 18201 |
| 4937269 | + | The Bureaus Inc, 1717 Central St, Evanston, IL 60201-1507 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4937258 | + | Email/Text: bankruptcy@cavps.com | Oct 12 2021 19:20:00 | Cavalry Portfolio Serv, Po Box 27288, Tempe, AZ 85285-7288 |
| 4974990 | + | Email/Text: bankruptcy@cavps.com | Oct 12 2021 19:20:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 4937261 | + | Email/Text: bk.notifications@jpmchase.com | Oct 12 2021 19:20:00 | Chase Auto, Po Box 901003, Ft Worth, TX 76101-2003 |
| 4937262 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 12 2021 19:20:00 | Comenity Capital/Blair, Po Box 182120, Columbus, OH 43218-2120 |
| 4938995 | | Email/Text: mrdiscen@discover.com | Oct 12 2021 19:20:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 4937263 | + | Email/Text: mrdiscen@discover.com | Oct 12 2021 19:20:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 4937803 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 12 2021 19:33:41 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4963070 | | Email/Text: bnc-quantum@quantum3group.com | Oct 12 2021 19:20:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Bank of America, N.A, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| cr | *+ | Nationstar Mortgage LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4947647 | *+ | Ar Resources Inc, 1777 Sentry Pkwy W, Blue Bell, PA 19422-2206 |
| 4947648 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bk Of Amer, Po Box 982235, El Paso, TX 79998 |
| 5310303 | *+ | Bank of America, N.A, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| 4947649 | *+ | Cavalry Portfolio Serv, Po Box 27288, Tempe, AZ 85285-7288 |
| 4947650 | * | Champion Mortgage, PO Box 91322, Seattle, WA 98111-9422 |
| 4947651 | *+ | Champion Mortgage, PO Box 619093, Dallas, TX 75261-9093 |
| 4947652 | *+ | Chase Auto, Po Box 901003, Ft Worth, TX 76101-2003 |
| 4947653 | *+ | Comenity Capital/Blair, Po Box 182120, Columbus, OH 43218-2120 |
| 4947654 | *+ | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 4947655 | *+ | Financial Recoveries, 200 E Park Dr Ste 100, Mount Laurel, NJ 08054-1297 |
| 4947656 | *+ | KML, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 4947658 | *+ | Nationstar Mortgage LLC, PO Box 619094, Dallas, TX 75261-9094 |
| 4947657 | *+ | Nationstar Mortgage Lenders, 350 Highland Dr, Lewisville, TX 75067-4488 |
| 4947659 | * | Northwest Consumer Dis, Rte 93, Hazleton, PA 18201 |
| 4947660 | *+ | The Bureaus Inc, 1717 Central St, Evanston, IL 60201-1507 |

TOTAL: 0 Undeliverable, 18 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 14, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ashley Marie French | on behalf of Creditor BANK OF AMERICA N.A. afrench@rasflaw.com, ras@ecf.courtdrive.com |
| Brandon D Pack | on behalf of Creditor Bank of America N.A brandon.pack@phelanhallinan.com, brandon.pack@hotmail.com |
| Charles G. Wohlrab | on behalf of Creditor BANK OF AMERICA N.A. cwohlrab@raslg.com |
| Charles G. Wohlrab | on behalf of Creditor Bank of America N.A cwohlrab@raslg.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com |
| Lara Shipkovitz Martin | |

|  |  |
|---|---|
|  | on behalf of Creditor Bank of America N.A lmartin@bernsteinlaw.com, cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com;lshipkovitz@ecf.courtdrive.com;laraship@gmail.com |
| Paul W McElrath, Jr. | on behalf of Debtor 1 Carol E. Furmanchin ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Sindi Mncina | on behalf of Creditor Bank of America N.A smncina@raslg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Carol E. Furmanchin

Debtor 1

Chapter: 13

Case No.: 5:17-bk-02598-MJC

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
   vs.                Movant(s)

CAROL E. FURMANCHIN

Respondent(s)

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

Dated: October 12, 2021

By the Court,

_____
Mark J. Conway, Bankruptcy Judge (CN)

Order Dismissing Case with Parties - Revised 9/17